# EXHIBIT C

**Screenshots of Defendant's Webinar Video and Slide Deck**



# 1

1- PPP Loan Forgiveness Webinar Slides – Customers Bank





PPP Loan Forgiveness Webinar Video





















## VERIFICATION

I, Lisa R. Preston, verify that I am the Founder of Plaintiff, The Preston Group, LLC in the foregoing action; that the attached Complaint is based upon facts of which I have personal knowledge or information furnished to me by counsel; that the language of the document is that of counsel and not my own; and that the facts set forth in the foregoing document are true and correct to the best of my knowledge, information and belief. I make this verification pursuant to 18 Pa. CSA § 4904, relating to unsworn falsification to authorities.

The Preston Group, LLC

*[signature]*

Lisa R. Preston

Dated: December 22, 2020