**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE PRESTON GROUP, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:20-cv-06516 |
| | : | |
| CUSTOMERS BANK, CUSTOMERS | : | |
| BANCORP, INC., TIMOTHY D. ROMIG, and | : | |
| JOHN TIMOTHY ANDERSON, | : | |
| | : | |
| Defendants. | : | |

# O R D E R

    **AND NOW**, this 12th day of August, 2021, upon consideration of Defendants' motion to dismiss the Complaint in this matter, *see* ECF No. 3, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    Defendants' motion to dismiss, *see* ECF No. 3, is **GRANTED, in part, and DENIED, in part.**

    2.    All claims against Defendants Romig, Anderson, and Customers Bancorp, Inc., are **DISMISSED, without prejudice.**

    3.    Plaintiff's unfair competition and misappropriation of trade secret claims are **DISMISSED, with prejudice.**

    4.    The motion to dismiss is denied in all other respects.

    5.    Any Amended Complaint must be filed within **thirty (30) days** of this Order.


        BY THE COURT:


        */s/ Joseph F. Leeson, Jr.*
        JOSEPH F. LEESON, JR.
        United States District Judge